IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ALI GASBAN | § | |
| VS. | § | CIVIL ACTION NO.   1:05cv68 |
| RONALD MCGOWAN, ET AL. | § | |

### FINAL JUDGMENT

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and, the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that this civil rights action is **DISMISSED** without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).  All motions not previously ruled on are hereby  **DENIED**.

**SIGNED** this the **10** day of **May, 2005.**

_____
Thad Heartfield
United States District Judge